*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

GEORGE JAPPAYA,

      Plaintiff/Counterdefendant-
      Appellee/Crossappellant,

v

F.G.Y., INC., a/k/a FGY INC., JOE KARMO,
NIDHAL KARMO, YOUSIF KALASHO, and
LUMIA KALASHO,

      Defendants/Counterplaintiffs/Third-
      Party Defendants-
      Appellants/Crossappellees,

and

CHASE MANHATTAN MORTGAGE
CORPORATION and BANK OF AMERICA,

      Defendants/Counterplaintiffs-Third-
      Party Plaintiffs,

and

SHAWN JAPPAYA, JAPPAYA LAW, PLC, and
JAMAL ALNAKSHABANDI,

      Third-Party Defendants..

UNPUBLISHED
July 8, 2021

No. 349247
Oakland Circuit Court
LC No. 2016-155024-CB

GEORGE JAPPAYA,

      Plaintiff/Counterdefendant-Appellee,

v

No. 349610
Oakland Circuit Court

-1-

F.G.Y., INC., a/k/a FGY INC, JOE KARMO,
NIDHAL KARMO, and YOUSIF KALASHO,

LC No.   2016-155024-CB

       Defendants/Counterplaintiffs/Third-
       Party Plaintiffs-Appellants,

and

CHASE MANHATTAN MORTGAGE
CORPORATION and BANK OF AMERICA,

       Defendants/Counterplaintiffs/Third-
       Party Plaintiffs,

and

SHAWN JAPPAYA, JAPPAYA LAW, PLC, and
JAMAL ALNAKSHABANDI,

       Third-Party Defendants.

_____

Before:  K. F. KELLY, P.J., and SHAPIRO and SWARTZLE, JJ.

SHAPIRO, J. (*concurring*).

      I concur in the result only.

                                        /s/ Douglas B. Shapiro